Carole Jean McMahon–Boies, Pepperl & McMahon, Lincoln, NE, for Plaintiff–Appellant.

Brian J. McGrath, Lamson & Dugan, Thomas H. Dahlk, Michaelle L. Baumert, Nicole B. Theophilus, Blackwell & Sanders, Omaha, NE, for Defendant–Appellee.

Before SMITH, BEAM, and COLLOTON, Circuit Judges.

PER CURIAM.

After his termination from employment with the Roberts Dairy Company ("Roberts"), Neil Lewis brought a claim of age and disability discrimination against his former employer. Lewis's discrimination claims were submitted to the district court[1] on the record that existed after a jury trial in which the jury failed to reach a verdict on the merits of his case. The district court concluded that Lewis's termination was based on a legitimate business reason and entered judgment in favor of Roberts. The district court also found that Lewis failed to establish that he was disabled and that Lewis's termination was not based on his age.

Lewis claims that the district court's factual findings were clearly erroneous and urges this court to overturn the district court's dismissal of his discrimination claims. Having carefully reviewed the record, we find no error in the trial court's disposition of this matter. Therefore, the judgment is affirmed. *See* 8th Cir. R. 47B.

**Clair A. CALLAN, Appellant,**

v.

**George W. BUSH, acting as President of the United States, Appellee.**

No. 03–4047.

United States Court of Appeals, Eighth Circuit.

Submitted July 7, 2004.

Decided July 26, 2004.

Clair A. Callan, Fairbury, NE, pro se.

Teal Luthy Miller, Scott R. McIntosh, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Clair A. Callan appeals the district court's[1] dismissal with prejudice of his injunctive-relief action. Upon careful review of the record, we conclude dismissal was proper for lack of jurisdiction. Accordingly, we affirm. *See* 8th Cir. R. 47A(a). We deny appellee's pending motion.

---

1. The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.